United States District Court
Southern District of Texas
FILED

MAR 0 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARINE SALVAGE & SERVICES, INC., § <br> Plaintiff § <br> § <br> VS. § <br> § <br> F/V KENTUCKY LADY, Official § <br> No. 587969, her engines, § <br> tackle, apparel, etc., in rem; § <br> Defendant § | C.A. **B-02- 042** |

PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MARINE SALVAGE & SERVICES, INC., hereinafter referred to as Plaintiff, and files this its Original Complaint against the F/V KENTUCKY LADY, Official No. 587969, her engines, tackle, apparel, etc., in rem, and by way of original complaint, would respectfully allege as follows:

I.

Jurisdiction and Venue

This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

II.

## Parties

Plaintiff, MARINE SALVAGE & SERVICES, INC., is a Texas corporation with its principal place of business being in Port Isabel, Cameron County, Texas.

Defendant, F/V KENTUCKY LADY, Official No. 587969, is a vessel of the United States and is now at Brownsville, Texas within the Southern District of Texas and within the jurisdiction of this Honorable Court.

III.

## Facts of the Case

On or about January 8, 2001 Plaintiff was contacted by a representative of the owner of the F/V KENTUCKY LADY to perform salvage services which entailed the raising of the subject vessel which had sunk in the waters off Port Isabel, Texas. By virtue of such sinking, the F/V KENTUCKY LADY, her engines, equipment, tackle and apparel were in a condition of marine peril. Plaintiff performed the salvage services from January 8, 2001 through January 11, 2001. The Plaintiff rendered good and valuable salvage services in order to free the F/V KENTUCKY LADY from its position of marine peril. The salvage services were successful, and the necessary and reasonable value of such services is $28,719.10. A true and correct copy of Invoice #012201RNL evidencing the salvage services rendered by Plaintiff is attached hereto as Exhibit A and made a

part hereof for all purposes. By virtue of its salvage, under Federal admiralty and maritime law, Plaintiff has a fully secured, perfected first priority maritime lien on the vessel KENTUCKY LADY.

IV.

Plaintiff delivered to the owner of said vessel its statements for the aforementioned salvage services, and after allowing all just credits and offsets, the amount of $28,719.10 has not been paid to Plaintiff, despite the demand, and Plaintiff is entitled to judgment against the Defendant Vessel, F/V KENTUCKY LADY.

V.

On or about June, 2001, Kentucky Lady, Inc., the owner of the F/V KENTUCKY LADY filed for Chapter 11 Bankruptcy in the United States Bankruptcy Court, Southern District of Texas, Brownsville, Texas in Case No. 01-21962-B-11. Plaintiff timely filed its Proof of Claim on October 12, 2001 in the amount of $28,719.10. On December 14, 2001, the United States Bankruptcy Court entered an Order establishing Plaintiff's secured claim at $25,000.00 as a first priority secured maritime salvage lien against the F/V KENTUCKY LADY. A copy of said Order is attached hereto as EXHIBIT B and incorporated herein for all purposes. On February 11, 2002 said Court entered its Order lifting the stay against the Property (F/V KENTUCKY LADY) and granted to Plaintiff the right to exercise all its remedies under state and federal

law concerning the Property. A copy of said Order is attached hereto and made a part hereof for all purposes as EXHIBIT C.

VI.

By reason of the salvage services performed by Plaintiff and subsequent Orders of the Bankruptcy Court, a first priority secured salvage lien in the amount of $25,000.00 exists against the vessel, F/V KENTUCKY LADY; in rem, and Plaintiff is entitled to recover such award.

VII.

### Attorney's Fees

10)   Plaintiff would further show the court that by reason of the Defendant's willful and wrongful refusal to pay said just amount, Plaintiff has been required to retain the services of the undersigned attorney and is entitled to recoup reasonable attorney's fees in connection with the collection of said account.

### Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that:

1) that the salvage lien in favor of Plaintiff be foreclosed, and that the F/V KENTUCKY LADY, its engines, equipment, tackle and apparel, be arrested, condemned and sold to pay the demands and claims of the Plaintiff herein under the lien hereinbefore described;

2) that the Court enter an order herein directing that the said Defendant Vessel, KENTUCKY LADY, its engines, apparel, tackle, etc. be

sold in the manner provided by law to answer the judgment for the amount alleged due to the Plaintiff herein;

3) that all persons claiming an interest in the vessel be cited to appear and answer on oath the matters aforesaid;

4) that the Court render a judgment awarding Plaintiff its salvage award in the amount of $25,000.00, together with pre and post judgment interest at the maximum rate allowed by law, expenses incidental to the necessary filing of this suit, including bonds, deposits, marshal's fees, and insurance, reasonable attorney's fees and costs of court; and

5. that Plaintiff have such other and further relief, both at law and in equity, to which it may be justly entitled.

Respectfully submitted,

BY: _____
Dennis Sanchez
Federal ID No. 1549
State Bar No. 17569600
ATTORNEY FOR PLAINTIFF
MARINE SALVAGE & SERVICES, INC.

OF COUNSEL:

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, LLP.
100 North Expressway 83
Brownsville, Texas 78521
Tel: (956) 546-3731
Fax: (956) 546-3766

VERIFICATION

STATE OF TEXAS      )
                    )
COUNTY OF CAMERON   )

BEFORE ME, the undersigned authority, on this day personally appeared WILLIAM E. KENON, JR., who being by me duly sworn on oath stated and said the following:

1.  My name is William E. Kenon, Jr.  I am the President of MARINE SALVAGE & SERVICES, INC., Plaintiff in the above entitled cause.  I have read the foregoing Complaint and am familiar with the contents therein.  The facts stated in said Original Complaint are true and correct.

_____
WILLIAM E. KENON, JR.

SWORN TO AND SUBSCRIBED TO before me, a Notary Public, on this 6th day of March, 2002.

_____
Notary Public, State of Texas



CHRISTINA LOGAN
Notary Public, State of Texas
My Commission Expires
June 14, 2005

---

Plaintiff's Original Complaint

L:\D19\19710\Original Complaint.wpd                                                      Page 6

# MARINE SALVAGE & SERVICES, inc.

P.O. Box 416 Port Isabel, Texas 78578
Tel. 956-943-2648   956-943-5041   Fax 956-943-4516

January 26, 2001

M/V Kentucky Lady and/or
Owners/Agents and Mr. Buster Harris
HC 70, Box 18
Brownsville, Texas 78521

Post-it® Fax Note  7671  Date 3-4-02  # of pages ▶ 4
To _Jsr_ McNeil       From Billy Kesun
Co./Dept. Sandy Whittington, Jr.  Co Marine Service
Phone #              Phone # 943-2648
Fax # 546-3766       Fax # 943-4576

## INVOICE #012201RNL

Salvage of M/V Kentucky Lady.

MONDAY, JANUARY 8, 2001 - 0830 to 2000 (1/2 hour lunch)

| | |
|---|---|
| Salvage Master - 11 hrs. @ $150.00 per hr. | $1,650.00 |
| 1 Supervisor - 11 hrs. @ $45.00 per hr. | $ 495.00 |
| 1 Foreman - 10 hrs. @ $40.00 per hr. | $ 400.00 |
| 2 Laborers - 10 hrs. @ $26.00 per hr. | $ 520.00 |
| 2 Laborers - 10 hrs. @ $31.00 per hr. | $ 620.00 |
| 1 Laborer - 9 1/2 hrs. @ $26.00 per hr. | $ 247.00 |
| Crane barge with 4 man crew - 4 hrs. @ $300.00 per hr. | $1,200.00 |
| Two 6" pumps @ $195.00 per day each | $ 390.00 |
| 10 Sections of 6" hose @ $40.00 per section | $ 400.00 |
| 3 Pickup trucks @ $90.00 per day each | $ 270.00 |
| 1 Trailer @ $40.00 per day | $ 40.00 |

TUESDAY, JANUARY 9, 2001 - 0700 to 1900 (1/2 hour lunch)

| | |
|---|---|
| Salvage Master - 11 1/2 hrs. @ $150.00 per hr. | $1,725.00 |
| 1 Supervisor - 11 1/2 hrs. @ $45.00 per hr. | $ 517.50 |
| 1 Foreman - 11 1/2 hrs. @ $40.00 per hr. | $ 460.00 |
| 2 Laborers - 11 1/2 hrs. @ $31.00 | $ 713.00 |
| 1 Laborer - 11 1/2 hrs. @ $26.00 per hr. | $ 299.00 |





**MARINE SALVAGE    POLLUTION CONTROL    MARINE CONSTRUCTION    DIVING    REPAIRS**

EXHIBIT A

M/V Kentucky Lady and/or
Owners/Agents and Mr. Buster Harris
January 26, 2001
Page 2


3 Laborers - 10 1/2 hrs. @ $26.00 per hr............................................$ 819.00
1 Laborer - 4 hrs. @ $26.00 per hr...................................................$ 104.00
1 Diver - 3 hrs. @ $80.00 per hr......................................................$ 240.00

Crane barge with 4 man crew - 9 hrs. @ $300.00 per hr....................$2,700.00
Two 6" pumps @ $195.00 per day each..........................................$ 390.00
20 Sections of 6" hose @ $40.00 per section....................................$ 800.00
3 Pickup trucks @ $90.00 per day each...........................................$ 270.00
1 Trailer @ $40.00 per day............................................................$ 40.00

WEDNESDAY, JANUARY 10, 2001 - 0800 to 1700 (1/2 hr. lunch)

Salvage Master - 5 hrs. @ $150.00 per hr........................................$ 750.00
1 Supervisor - 8 1/2 hrs. @ $45.00 per hr........................................$ 382.50
1 Foreman - 8 1/2 hrs @ $40.00 per hr...........................................$ 340.00
2 Laborers - 8 1/2 hrs. @ $31.00 per hr..........................................$ 527.00
4 Laborers - 8 1/2 hrs @ $26.00 per hr. each..................................$ 884.00
1 Diver - 4 hrs. @ $80.00 per hr....................................................$ 320.00

Crane barge with 4 man crew - 9 hrs. @ $300.00 per hr....................$2,700.00
Two 6" pumps @ $195.00 per day each..........................................$ 390.00
20 Sections of 6" hose @ $40.00 per section....................................$ 800.00
3 Pickup trucks @ $90 per day each...............................................$ 270.00
1 Trailer @ $40.00 per day............................................................$ 40.00
36 Gallons of fuel for pumps @ $1.04 per gallon..............................$ 37.44

THURSDAY, JANUARY 11, 2001 - Cleaning up hoses and pumps.

4 Laborers - 7 hrs. @ $26.00 per hr each........................................$ 728.00
Demobilizing crane barge - 4 hrs. @ $300.00 per hr.........................$1,200.00

M/V Kentucky Lady and/or
Owners/Agents and Mr. Buster Harris
January 26, 2001
Page 3

Additional equipment and services provided, plus 15% . ...      .. .    .$4,040.66

                                      TOTAL.......... . ...   .$28,719.10

Bill due and payable upon receipt.

Your business is appreciated.

NOTE:  WE RESERVE THE RIGHT TO CHARGE INTEREST AT THE
        HIGHEST LEGAL RATE ON CHARGES NOT PAID WITHIN
        30 DAYS OF THE BILLING DATE.

# Marine Salvage & Services, inc.

P.O. Box 416 Port Isabel, Texas 78578
Tel. 956-943-2648    956-943-5041    Fax 956-943-4516

June 4, 2001

ATTN: Mr. Jack G Carinhas, Jr.                     Fax: 542-3651
Carinhas, Chosy & Sullivan, L.L.P
302 Kings Highway, Suite 109
Brownsville, Texas 78521

Re: **M/V KENTUCKY LADY**

Dear Mr. Carinhas,

Pursuant to our last conversation let me propose this last settlement offer

$10,000.00 plus interest @ 9.5% from Jan 11, 2001 to be paid by January 11, 2002.

$18,889.00 plus interest @ 9.5% from Jan 11, 2001 to be paid by January 11, 2003.

These notes must be personally guaranteed by Buster Harris and his wife.

We will maintain a salvage lien on the vessel until the notes are paid.

Should this not be accepted by 5:00 p.m on June 4, 2001, I request that you respond in writing if you should have another solution or if you are going forward on the bankruptcy.

Thanking you in advance for your prompt response.

Regards,

Billy Kenon, Jr.

Bk/ekk

      

**MARINE SALVAGE    POLLUTION CONTROL    MARINE CONSTRUCTION    DIVING    REPAIRS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 14 2001

| | | |
|---|---|---|
| IN RE: | § | |
| KENTUCKY LADY, INC. | § | CASE NO. 01-21962-B-11 |
| | § | |
| Debtor in possession | § | CHAPTER 11 |

Michael N. Milby, Clerk

### ORDER ON DEBTOR IN POSSESSION'S OBJECTION TO CLAIM OF MARINE SALVAGE & SERVICES, INC.

On December 5, 2001 came on for hearing Debtor's objection to the Proof of Secured Claim filed by Marine Salvage & Services, Inc. on October 12, 2001.

After hearing the evidence and argument of counsel and considering applicable federal admiralty and maritime law the court enters its judgement as follows.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Marine Salvage & Services, Inc. shall have an allowed secured claim in the amount of $25,000.00, which shall be a first priority secured salvage lien against the shrimping boat Kentucky Lady.

IT IS FURTHER ORDERED that each party shall bear their own costs of litigation.

Date  DEC 13 2001

Richard S. Schmidt
Chief United States Bankruptcy Judge

57

EXHIBIT B

APPROVED

_[signature]_

Richard Hoffman
Law Office of Richard Hoffman
1718 Boca Chica Blvd.
Brownsville, Texas 78520
Phone: (956) 544-2345
Facsimile: (956) 982-1909
Attorney for Debtor in possession

Kurt Stephen
Cardenas, Whitis & Stephen, L.L.P.
100 South Bicentennial
McAllen, Texas 78501-7050
Phone: (956) 631-3381
Facsimile: (956) 687-5542
Attorney for Marine Salvage &
Services, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
DEC 14 2001

IN RE: §
KENTUCKY LADY, INC. § CASE NO. 01-21962-B-11
 §
Debtor in possession § CHAPTER 11
 §
 §
 §
 §

**ORDER ON DEBTOR IN POSSESSION'S OBJECTION
TO CLAIM OF
MARINE SALVAGE & SERVICES, INC.**

On December 5, 2001 came on for hearing Debtor's objection to the Proof of Secured Claim filed by Marine Salvage & Services, Inc. on October 12, 2001.

After hearing the evidence and argument of counsel and considering applicable federal admiralty and maritime law the court enters its judgement as follows.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Marine Salvage & Services, Inc. shall have an allowed secured claim in the amount of $25,000.00, which shall be a first priority secured salvage lien against the shrimping boat Kentucky Lady.

IT IS FURTHER ORDERED that each party shall bear their own costs of litigation.

Date  DEC 13 2001

Richard S. Schmidt
Chief United States Bankruptcy Judge

57

EXHIBIT B

APPROVED:

Richard Hoffman *by permission KS*
Law Office of Richard Hoffman
1718 Boca Chica Blvd.
Brownsville, Texas 78520
Phone: (956) 544-2345
Facsimile: (956) 982-1909
Attorney for Debtor in possession

Kurt Stephen
Cardenas, Whitis & Stephen, L.L.P.
100 South Bicentennial
McAllen, Texas 78501-7050
Phone: (956) 631-3381
Facsimile: (956) 687-5542
Attorney for Marine Salvage & Services, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States Bankruptcy Court
Southern District of Texas
ENTERED

FEB 1 1 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IN RE: | § | |
| KENTUCKY LADY INC. | § | CASE NO. 01-21962-B-11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |
| | § | |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

| | |
|---|---|
| MARINE SALVAGE & | § |
| SERVICES, INC. | § |
| | § |
| Movant | § |
| | § |
| vs. | § |
| KENTUCKY LADY INC. | § |
| Respondent | § |

**ORDER ON MARINE SALVAGE & SERVICES, INC.'S
SECOND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AGAINST PROPERTY**

CAME ON to be considered the Motion for Relief From Stay Against Property, filed by MARINE SALVAGE & SERVICES, INC. ("Motion"), in the above-entitled and number cause The Court, having considered the Motion, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion for Relief from Stay Against Property, in the above-entitled and numbered case is granted MARINE SALVAGE & SERVICES, INC., and the automatic stay is lifted for all purposes concerning the Kentucky Lady shrimp boat as to Marine Salvage & Services, Inc., and LPP Mortgage, Ltd.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that MARINE SALVAGE

*Order on Marine Salvage's Second Motion for Relief*                                    Page 1 of 2

67

EXHIBIT C

· & SERVICES, INC. (and LPP Mortgage, Ltd. are) free to exercise all its remedies under state and federal law concerning the Property.

Date: February 6, 2002

_____
UNITED STATES BANKRUPTCY JUDGE
FEB 0 8 2002

Fax
Kurt Stephen
956/ 687-5542

*Order on Marine Salvage's Second Motion for Relief*  Page 2 of 2