Case 1:02-cv-00042   Document 2   Filed in TXSD on 03/06/2002   Page 1 of 2

United States District Court
Southern District of Texas
FILED

MAR 0 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARINE SALVAGE & SERVICES, INC. § | | |
| Plaintiff § | | |
| § | | B-02-042 |
| VS. § | C.A. | _____ |
| § | | |
| F/V KENTUCKY LADY, Official § | | |
| No. 587969, her engines, § | | |
| tackle, apparel, etc., in rem, § | | |
| Defendant § | | |

## AGREEMENT OF INDEMNITY

Plaintiff, MARINE SALVAGE & SERVICES, INC., having its office in Port Isabel, Cameron County, Texas, hereby agrees to indemnify and hold harmless the U. S. Marshal of the Southern District of Texas, United States of America, any deputy, agent, servant, employee and the surety or sureties on the official bond of said U.S. Marshal, from and against all claims, demands and causes of action, direct or indirect, of every kind and character whatsoever, arising, directly or indirectly, by reason of the service of a Warrant of Seizure, the seizure of the Vessel KENTUCKY LADY, Official No. 587969, and the subsequent redelivery of possession of the subject Vessel to the care and custody of MARINE SALVAGE & SERVICES, INC. which shall move the Defendant Vessel to its facility in Port Isabel, Texas and agrees to reimburse the aforesaid, or any of them, for all expenses,

including reasonable attorney fees incurred in defending against any such claim, demands or causes of action.

EXECUTED this ___6th___ day of March, 2002.

                                 MARINE SALVAGE & SERVICES, INC.

                                 BY: _____
                                      William E. Kenon, Jr., President

## ACKNOWLEDGMENT

THE STATE OF TEXAS    §

COUNTY OF CAMERON    §

    BEFORE ME, the undersigned authority on this day personally appeared WILLIAM E. KENON, JR., President of MARINE SALVAGE & SERVICES, INC., known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of the said MARINE SALVAGE & SERVICES, INC., a Texas corporation, and that he executed the same on behalf of said corporation for the purposes and consideration therein expressed and in the capacity therein stated.

    GIVEN UNDER MY HAND AND SEAL this ___6th___ day of March, 2002.



                                 _____
                                 Notary Public in and for the
                                 State of Texas

CHRISTINA LOGAN
Notary Public, State of Texas
My Commission Expires
June 14, 2005

My Commission Expires: