IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARINE SALVAGE & SERVICES, INC., | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | C.A. B-02-042 |
| | § | |
| F/V KENTUCKY LADY, Official | § | |
| No. 587969, her engines, | § | |
| tackle, apparel, etc., in rem, | § | |
| Defendant | § | |

United States District Court
Southern District of Texas
ENTERED
MAR 0 8 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER TO ARREST VESSEL

1. The United States Marshal for the Southern District of Texas is ordered to:

   A. Arrest the F/V KENTUCKY LADY, its engines, tackle, apparel, and furniture;

   B. Serve a copy of the complaint and the warrant for the seizure on the person in possession of the ship or its agent; and

   C. Return the warrant promptly.

2. The vessel may be released from seizure without further order of this court if (a) the United states Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties to the litigation, including attorneys for any Intervenors, and they consent to the release, (b) the attorney files the consent, and (c) the court has not entered an order to the contrary.

Page 2

DONE at Brownsville, Texas, this 8th day of March, 2002.

_____
United States ~~District~~ Judge
MAGISTRATE