

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARINE SALVAGE & SERVICES, INC., § | |
| Plaintiff § | |
| § | |
| VS. § | C.A. B-02- 042 |
| § | |
| F/V KENTUCKY LADY, Official § | |
| No. 587969, her engines, § | |
| tackle, apparel, etc., in rem, § | |
| Defendant § | |

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

It is ORDERED:

1. that MARINE SALVAGE & SERVICES, INC. is hereby appointed substitute custodian of the F/V KENTUCKY LADY, its engines, tackle, apparel, and furniture, and is hereby GRANTED LEAVE TO MOVE THE VESSEL from the facility of Kentucky Lady, Inc. (Buster Harris) at the Shrimp Turning Basin in Brownsville, Texas, to its facilities in Port Isabel, Texas;

2. that the United States Marshal surrender possession of the vessel to the named custodian;

3. that the United States Marshal will be held harmless for any loss, damage, injury or other damage that might occur to said vessel while under the care of MARINE SALVAGE & SERVICES, INC.;

4. that upon transfer of custody of the vessel to MARINE SALVAGE & SERVICES, INC. by the United States Marshal, MARINE SALVAGE & SERVICES, INC. will provide evidence of financial responsibility as required by 33 U.S.C. App. § 2716.

5. that reasonable expenses incurred by the Marshal and to be incurred by the substitute custodian, including the costs of maintaining adequate port risk insurance on the vessel, electricity, security, routine maintenance and inspection, maintenance of watertight integrity of the vessel, and reasonable rental fees for the slip, are administrative expenses and a first charge on the vessel to be paid from the

6. A copy of this order shall be served on the person in possession of the vessel when it is arrested.

DONE at Brownsville, Texas, on this __8TH__ day of March, 2002.

_____
United States ~~District~~ Judge
Magistrate