

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARINE SALVAGE & SERVICES, INC., § <br> Plaintiff § <br> § <br> VS. § <br> § <br> F/V KENTUCKY LADY, Official § <br> No. 587969, her engines, § <br> tackle, apparel, etc., in rem, § <br> Defendant § | C.A. B-02- 042 |

## ORDER OF NOTICE

The Court orders Plaintiff, MARINE SALVAGE & SERVICES, INC., to provide notice of this civil action pursuant to 46 U.S.C. § 31325(d)(1). A copy of the complaint and a copy of the order of arrest of the vessel, F/V KENTUCKY LADY, shall be sent by certified mail to:

(a) the master or individual in charge of the vessel arrested;

(b) any person that recorded under Title 46 U.S.C. § 31343(a) or (d) a notice of a claim for an undischarged lien on the vessel; and

(c) a mortgagee of a mortgage filed or recorded under Title 46 U.S.C. § 31321 that is an undischarged mortgage on the vessel.

In addition, if the aforesaid vessel has not been released under Supplemental Rule for Certain Admiralty and Maritime Claims E(5) within ten days of execution of process, Plaintiff is ordered

to publish public notice of the action and arrest in *The Brownsville Herald*. <u>See</u> Supplemental Rule of Admiralty and Maritime C(4).

This notice shall include that such persons claiming an interest in the seized property must file their verified claims with the Clerk of the court within ten days after the earlier of (1) execution of this process or (2) completed publication of notice, or (3) within such additional time as may be allowed by the Court. In addition, the notice shall include that such persons must serve their answer within twenty (20) days after the filing of their claims. <u>See</u> Supplemental Rule of Admiralty and Maritime C(4) and (6)(b).

DONE at Brownsville, Texas, on this 8th day of March, 2002.

United States ~~District~~ Judge
MAGISTRATE