| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Marine Salvage & Services, Inc. | COURT CASE NUMBER<br>B-02-042 |
|---|---|
| DEFENDANT  F/V KENTUCKY LADY, her engines, tackle, apparel, etc., in rem | TYPE OF PROCESS  Release of Vessel to Custodian |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Master, other ranking officer, or caretaker

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

United States District Court
Southern District of Texas
FILED
MAR 2 0 2002
Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dennis Sanchez
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, LLP
100 North Expressway 83
Brownsville, TX 78521

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

After seizure of the vessel KENTUCKY LADY, please relinquish same to Marine Salvage & Services, Inc., the Court appointed Custodian

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER (956) 546-3731
DATE 3/6/02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin  No. 079 | District to Serve  No. 079 | Signature of Authorized USMS Deputy or Clerk  Mark Walker | Date  03/13/2002 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service  03/13/2002
Time  4:30 pm

Signature of U.S. Marshal or Deputy  Mark Walker

| Service Fee  $90.00 | Total Mileage Charges (including endeavors)  $8.76 | Forwarding Fee  -0- | Total Charges  $98.76 | Advance Deposits  -0- | Amount owed to U.S. Marshal or  $98.76 | Amount of Refund  -0- |
|---|---|---|---|---|---|---|

REMARKS:
ENDEAVOR: 03/13/2002 4:30 PM. Vessel was released to the substitute custodian, Billy Kenon. Start 3:30 PM - Finished 5:30 PM. 24 miles round trip. Two DUSMS.

PRIOR EDITIONS MAY BE USED  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)