| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Marine Salvage & Services, Inc. | COURT CASE NUMBER<br>B-02-042 |
|---|---|
| DEFENDANT F/V KENTUCKY LADY, her engines tackle, apparel, etc., in rem | TYPE OF PROCESS<br>Warrant of Seizure |

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| Master, other ranking officer, or caretaker |
| ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

United States District Court
Southern District of Texas
FILED
MAR 2 0 2002
Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dennis Sanchez
SANCHEZ, WHITTINGTON, JANIS & ZABARTE LLP
100 North Expressway 83
Brownsville, TX 78521

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please seize the vessel KENTUCKY LADY

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(956) 546-3731 | DATE<br>3/6/02 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 079 | District to Serve<br>No. 079 | Signature of Authorized USMS Deputy or Clerk<br>Mark Walker | Date<br>03/13/2002 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 03/13/2002  Time: 4:30 pm

Signature of U.S. Marshal or Deputy: Mark Walker

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90.00 | -0- | -0- | $90.00 | -0- | $90.00 | -0- |

REMARKS:
ENDEAVOR: 03/13/2002 4:30 PM. Vessel was seized and released to the substitute custodian. Copies of the Warrant to Seize Vessel and the Order Appointing Substitute Custodian were served on Buster Harris, the vessels owner. Start 3:30 - Finished 5:30. Two DUSMS. Mileage charged on USM-285 for Vessel to Custodian. MW

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|