Case 1:02-cv-00042    Document 10    Filed in TXSD on 06/26/2002    Page 1 of 1    /0

United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

JUN 2 6 2002

INITIAL PRETRIAL CONFERENCE

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-042           DATE & TIME:  06-26-02 AT 2:00 P.M.

MARINE SALVAGE & SERVICE, INC.      PLAINTIFF(S)    DENNIS M. SANCHEZ
                                    COUNSEL

VS.

F/V KENTUCKY LADY,                  DEFENDANT(S) _____
                                    COUNSEL

---

Counsel did not appear.