IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARINE SALVAGE & SERVICE, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-042 |
| | § | |
| F/V KENTUCKY LADY, OFFICIAL | § | |
| NO. 587969, HER ENGINES, TACKLE | § | |
| APPAREL, ETC., *IN REM* | § | |

### ORDER

Attorney for Plaintiff will appear on July 1, 2002 at 10:30 A.M. to show cause why this case should not be dismissed for want of prosecution.

DONE at Brownsville, Texas, this 26th day of June, 2002.

John Wm. Black
United States Magistrate Judge