THE HONORABLE JOHN WM. BLACK

SHOW CAUSE HEARING

United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-02-042 | DATE & TIME:  07-01-02 AT 10:30 A.M. |
| MARINE SALVAGE & SERVICE, INC. | PLAINTIFF(S)   DENNIS M. SANCHEZ |
| | COUNSEL |
| VS. | |
| F/V KENTUCKY LADY, | DEFENDANT(S) |
| | COUNSEL |

---

CSO: Ruben Salinas
ERO: Gabriel Mendieta

Plaintiff has been notified that intervention will be filed.
No response will be filed.