*13*

## SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
### ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C.

TEL. (956) 546-3731
FAX (956) 546-3765

August 9, 2002

United States District Court
Southern District of Texas
FILED

AUG 0 9 2002

Michael N. Milby
Clerk of Court

Mr. Michael B. Milby
U. S. District Clerk
600 E. Harrison
Brownsville, Texas 78520

Re:   Civil Action No. B-02-042
      Marine Salvage & Services, Inc. vs. F/V Kentucky Lady, Official No. 587969,
      her engines, tackle, apparel, etc., *in rem*

Dear Clerk:

Enclosed for filing are four original Publisher's Affidavits for the Monition and Notice of Publication which appeared in the Brownsville Herald on June 19, 2002, June 26, 2002, July 3, 2002 and July 10, 2002.

Very truly yours,

Dennis Sanchez

DS/cl
Enclosures

# MONITION AND NOTICE BY PUBLICATION

NOTICE is hereby given that on March 6, 2002, MARINE SALVAGE & SERVICES, INC. filed a complaint in rem against the Fishing Vessel KENTUCKY LADY, Official Number 587969, in the United States District Court for the Southern District of Texas, Brownsville Division, in Civil Action B-02-042, entitled "Marine Salvage & Services, Inc. v. F/V KENTUCKY LADY, Official No. 587969, her engine, tackle, apparel, etc., in rem." to foreclose a salvage lien against said vessel, as more specifically set out in said complaint, together with costs of suit and reasonable attorney fees, and praying for process of warrant for the arrest and attachment of said vessel and other property, and to all persons interested in the said vessel and other property and that all persons interested in the said Vessel and other property may be cited in general and special to answer the premises; and all proceedings being had, that the said Vessel and other property may for the causes in the same Complaint mentioned be condemned and sold to pay the demands of the Plaintiff.

To all persons, including adverse claimants, owning or having or claiming any legal or equitable interest in or lien on said vessel are notified to appear and answer according to law on or before 10:00 a.m., ten (10) days after the execution of this process, or within such additional time as may be allowed by the Court, or forever be defaulted, or knowing or having anything to say why the same should not be condemned and sold pursuant to the prayer of said complaint and must serve their answers within twenty (20) days after the filing of their claims upon Plaintiff counsel, Dennis Sanchez, Sanchez, Whittington, Janis & Zabarte, LLP, 100 North Expressway 83, Brownsville, Texas 78521.

6/19/2002

---

## PUBLISHER'S AFFIDAVIT

STATE OF TEXAS
COUNTY OF CAMERON

_____Ricardo Acosta_____, being duly sworn, the bookkeeper of the Brownsville Herald and that the attached

__Monition And Notice By Publication__

appeared in the following issues _____June 26, 2002_____

#4881

_Ricardo Acosta_ (signature)

Subscribed and sworn before me this ___27th___ day of ___June___ A.D. 2002

[Notary Seal: OLGA SALDIVAR, Notary Public, STATE OF TEXAS, My Comm Exp 3-7-03]

_Baldwin_ (signature)
NOTARY PUBLIC, Cameron County

## PUBLISHER'S AFFIDA[VIT]

**STATE OF TEXAS**
**COUNTY OF CAMERON**

_____Ricardo Acosta_____, being duly s[worn]
the bookkeeper of the Brownsville Herald and that the [attached]

**Monition And Notice By Publication**_____

appeared in the following issues _____July 3, 2002___

#4881



Subscribed and sworn before me this____10th____day of_____July_____
A.D. 2002

NOTARY PUBLIC, Cameron County

[Notary seal: OLGA SALDIVAR, Notary Public, STATE OF TEXAS, My Comm Exp 3-7-03]

---

## MONITION AND NOTICE BY PUBLICATION

NOTICE is hereby given that on March 6, 2002, MARI[NE] SALVAGE & SERVICES, INC. filed a complaint in r[em] against the Fishing Vessel KENTUCKY LADY, Offi[cial] Number 587969, in the United States District Court for [the] Southern District of Texas, Brownsville Division, in C[ivil] Action B-02-042, entitled *"Marine Salvage & Services, I[nc.] v. F/V KENTUCKY LADY, Official No. 587969, her engin[e,] tackle, apparel, etc., in rem."* to foreclose a salvage l[ien] against said vessel, as more specifically set out in s[aid] complaint, together with costs of suit and reasonable att[or]ney fees, and praying for process of warrant for the arr[est] and attachment of said vessel and other property, and t[hat] all persons interested in the said vessel and other proper[ty] and that all persons interested in the said Vessel and ot[her] property may be cited in general and special to answer [the] premises; and all proceedings being had, that the s[aid] Vessel and other property may for the causes in the sa[id] Complaint mentioned be condemned and sold to pay [the] demands of the Plaintiff.

To all persons, including adverse claimants, owning or h[av]ing or claiming any legal or equitable interest in or lien [on] said vessel are notified to appear and answer accordin[g to] law on or before 10:00 a.m., ten (10) days after the exe[cu]tion of this process, or within such additional time as may [be] allowed by the Court, or forever be defaulted, or knowin[gly] having anything to say why the same should not be c[on]demned and sold pursuant to the prayer of said compla[int] and must serve their answers within twenty (20) days a[fter] the filing of their claims upon Plaintiff counsel, Der[ek] Sanchez, Sanchez, Whittington, Janis & Zabarte, LLP, [####] North Expressway 83, Brownsville, Texas 78521.

## PUBLISHER'S AFFIDAVIT

**STATE OF TEXAS**
**COUNTY OF CAMERON**

_____Ricardo Acosta_____, being duly sworn, the bookkeeper of the Brownsville Herald and that the attached

**Monition And Notice By Publication**_____

appeared in the following issues _____**July 10, 2002**

#4881_____

Subscribed and sworn before me this____12th____ day of _____July_____
A.D. 2002

OLGA SALDIVAR
Notary Public
STATE OF TEXAS
My Comm Exp 3-7-03

_____Saldivar_____
NOTARY PUBLIC, Cameron County

---

## MONITION AND NOTICE BY PUBLICATION

NOTICE is hereby given that on March 6, 2002, MARINE SALVAGE & SERVICES, INC. filed a complaint *in rem* against the Fishing Vessel KENTUCKY LADY, Official Number 587969, in the United States District Court for the Southern District of Texas, Brownsville Division, in Civil Action B-02-042, entitled *"Marine Salvage & Services, Inc. v. F/V KENTUCKY LADY, Official No. 587969, her engine, tackle, apparel, etc., in rem."* to foreclose a salvage lien against said vessel, as more specifically set out in said complaint, together with costs of suit and reasonable attorney fees, and praying for process of warrant for the arrest and attachment of said vessel and other property, and that all persons interested in the said vessel and other property and that all persons interested in the said Vessel and other property may be cited in general and special to answer the premises; and all proceedings being had, that the said Vessel and other property may for the causes in the said Complaint mentioned be condemned and sold to pay the demands of the Plaintiff.

To all persons, including adverse claimants, owning or having or claiming any legal or equitable interest in or lien on said vessel are notified to appear and answer according to law on or before 10:00 a.m., ten (10) days after the execution of this process, or within such additional time as may be allowed by the Court, or forever be defaulted, or knowing having anything to say why the same should not be condemned and sold pursuant to the prayer of said complaint and must serve their answers within twenty (20) days after the filing of their claims upon Plaintiff counsel, Dennis Sanchez, Sanchez, Whittington, Janis & Zabarte, LLP, North Expressway 83, Brownsville, Texas 78521.
7/3/2002

# PUBLISHER'S AFFIDA[VIT]

**STATE OF TEXAS**
**COUNTY OF CAMERON**

_____Ricardo Acosta_____, being duly sw[orn]
the bookkeeper of the Brownsville Herald and that the a[ttached]

**Monition And Notice By Publication**_____

appeared in the following issues _____June 19, 2002_____

#4881_____

*[signature: Ricardo Acosta]*

Subscribed and sworn before me this ___19th___ day of _____June_____
A.D. 2002

*[Notary stamp: OLGA SALDIVAR, Notary Public, STATE OF TEXAS, My Comm. Exp 3-7-03]*

_____*[signature]*_____
NOTARY PUBLIC, Cameron County

---

## MONITION AND NOTICE BY PUBLICATION

NOTICE is hereby given that on March 6, 2002, MAR[INE] SALVAGE & SERVICES, INC. filed a complaint in [a cause] against the Fishing Vessel KENTUCKY LADY, Offic[ial] Number 587969, in the United States District Court for t[he] Southern District of Texas, Brownsville Division, in Ci[vil] Action B-02-042, entitled *"Marine Salvage & Services, I[nc.] v. F/V KENTUCKY LADY, Official No. 587969, her engin[es,] tackle, apparel, etc., in rem,"* to foreclose a salvage li[en] against said vessel, as more specifically set out in sa[id] complaint, together with costs of suit and reasonable att[or]ney fees, and praying for process of warrant for the arr[est] and attachment of said vessel and other property, and t[hat] all persons interested in the said vessel and other prope[rty] and that all persons interested in the said Vessel and ot[her] property may be cited in general and special to answer t[he] premises; and all proceedings being had, that the sa[id] Vessel and other property may for the causes in the sa[id] Complaint mentioned be condemned and sold to pay [the] demands of the Plaintiff.

To all persons, including adverse claimants, owning or h[av]ing or claiming any legal or equitable interest in or lien t[o] said vessel are notified to appear and answer according [to] law on or before 10:00 a.m., ten (10) days after the execu[]tion of this process, or within such additional time as may [be] allowed by the Court, or forever be defaulted, or knowing[ly] having anything to say why the same should not be co[n]demned and sold pursuant to the prayer of said complai[nt] and must serve their answers within twenty (20) days aft[er] the filing of their claims upon Plaintiff counsel, Denn[is] Sanchez, Sanchez, Whittington, Janis & Zabarte, LLP, 1[00] North Expressway 83, Brownsville, Texas 78521.
6/19/2002