*14*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARINE SALVAGE & SERVICES, INC., | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | C.A. B-02-CV-042 |
| | § | |
| F/V KENTUCKY LADY, Official | § | |
| No. 587969, her engines, | § | |
| tackle, apparel, etc., in rem, | § | |
| Defendant | § | |

MOTION FOR INTERLOCUTORY SALE OF THE F/V KENTUCKY LADY
AND ENTRY OF DEFAULT AGAINST LIEN CLAIMANTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, MARINE SALVAGE, INC., through its
undersigned counsel of record and moves this Court to order the
interlocutory sale of the F/V KENTUCKY LADY, Official No. 587969,
and the entry of an order of default against the other lien
claimants and as grounds therefor would show as follows:

I.

This action is for foreclosure of a salvage lien on the vessel
KENTUCKY LADY, Official No. 587969, as prayed for in the Verified
Complaint filed herein on March 6, 2002. As stated in the Original
Complaint, the owner of the F/V KENTUCKY LADY filed for Chapter 11
Bankruptcy in the United States Bankruptcy Court, Southern District
of Texas, Brownsville, Texas in Case No. 01-21962-B-11. Plaintiff
timely filed its Proof of Claim on October 12, 2001 in the amount
of $28,719.10. On December 14, 2001, the United States Bankruptcy
Court entered an Order establishing Plaintiff's secured claim at

$25,000.00 as a first priority secured maritime salvage lien against the F/V KENTUCKY LADY. On February 11, 2002 said Court entered its Order lifting the stay against the Property (F/V KENTUCKY LADY) and granted to Plaintiff the right to exercise all its remedies under state and federal law concerning the Property. This lawsuit followed and the F/V KENTUCKY LADY has been under arrest by the United States Marshal of this District since March 8, 2002. On March 8, 2002, this Court ordered the vessel to be placed under the care and custody of Marine Salvage and Services, Inc., of Port Isabel, Texas, as Substitute Custodian.

II.

As is shown by the attached affidavit of Dennis Sanchez, marked as EXHIBIT A, the F/V KENTUCKY LADY has been and is continuing to deteriorate and is subject to loss of value while under arrest and in custody.

III.

Movant would show the Court that there are the following preferred mortgages and maritime liens filed of record:

1. Preferred Ships Mortgage in favor of SBA in the amount of $55,000.00 filed of record on July 15,1980, which was transferred to LPP Mortgage, Ltd.

2. Preferred Ships Mortgage in favor of SBA in the amount of $28,000.00 filed of record on July 15,1980.

3. Preferred Ships Mortgage in favor of SBA in the amount of $11,400.00 filed of record on March 29, 1994.

4. Preferred Ships Mortgage in favor of SBA in the amount of $7,500.00 filed of record on March 29, 1994.

5. Preferred Ships Mortgage in favor of SBA in the amount of $2,400.00 filed of record on March 29, 1994.

6. Claim of Lien filed by Coastal Bend Towing in the amount of $1,000.00 on March 24, 2000.

7. Claim of Lien filed by Marine Salvage in the amount of $28,719.10 on June 18, 2001.

The Preferred Ships' Mortgages and Lien Claims are on file in the records of the United States Coast Guard, Department of Transportation.

IV.

As is shown by the United States Coast Guard Abstract of Title attached hereto, marked EXHIBIT B and made a part hereof for all purposes, the Preferred Ships Mortgagees and Lien Claimants are reflected in Abstract (Exhibit B). Movant would show the Court that notice of the pendency of this action has been sent by certified mail to said mortgagees and lien claimants as is evidenced by the attached affidavit of Dennis Sanchez, marked as EXHIBIT A, which lien claimants, although notified, have not made any claim or filed any intervention in this action. Such lien claimants are in default and Movant requests that this court issue an order of default.

V.

MARINE SALVAGE, INC. further requests that it be permitted to bid up to the amount of its salvage lien ($28,719.10) at the U.S.

Marshal's sale without the necessity of paying such money to the U.S. Marshal, unless subsequently ordered by this court.

## VI.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, MARINE SALVAGE, INC., respectfully moves the Court for an order providing:

1.    For the sale of the F/V KENTUCKY LADY, Official No. 587969, her engines, tackle, apparel, furniture, etc., by the United States Marshal of this District at public auction to the highest bidder or its nominee in writing, as is, where is, free and clear of all liens, preexisting claims in the vessel, whether recorded or otherwise, as provided in the Supplemental Rules for Certain Admiralty and Maritime Claims;

2.    That notice of the said sale be made by advertising it in The Brownsville Herald in accordance with the policies and procedures of the United States Marshal for the Southern District of Texas, Brownsville Division;  and that reasonable costs of such advertisement shall constitute a taxable cost in this action;

3.    That Plaintiff, at its sole option, may, but will not be required to, bid up to the amount of its unpaid maritime lien claim on said vessel, without payment of cash, provided that the United States Marshal's costs, commissions and expenses and all outstanding court costs are satisfied on said vessel;  and

4.    That if one other than Plaintiff is the highest bidder, then the proceeds of this sale shall remain in the registry of this Court subject to the further orders of this Court.

5)     That this Motion in all things be granted.

Respectfully submitted,

MARINE SALVAGE, INC.

BY: _____
Dennis Sanchez
Federal ID No. 1549
State Bar No.  17569600
Attorney for Plaintiff

OF COUNSEL:

SANCHEZ, WHITTINGTON, JANIS & ZABARTE
100 North Expressway 83
Brownsville, Texas  78521
Tel:  (210) 546-3731
Fax:  (210) 546-3766

### NOTICE OF NO CONFERENCE

There has been no appearance made by any claimant to this action and there is therefore no need for a conference.

_____
Dennis Sanchez

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument has been forwarded by U.S. Certified Mail, Return Receipt Requested, with postage fully prepaid, to Mr.  Pete Torres, United States Small Business Administration, 222 East Van Buren, Harlingen, Texas: LPP MORTGAGE LTD., C/O Beal Bank, SSB., 6000 Legacy, Suite 300, Plano, Texas 75024; and COASTAL BEND MARINE TOWING & SALVAGE, P.O. Box 301, Port O'Conner, Texas 77982, on this 20 day of August, 2002.

_____
Dennis Sanchez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARINE SALVAGE & SERVICES, INC.,§
                        Plaintiff    §
                                     §
VS.                                  §    C.A. B-02-042
                                     §
F/V KENTUCKY LADY, Official          §
No. 587969, her engines,             §
tackle, apparel, etc., in rem,       §
                        Defendant    §

AFFIDAVIT OF CIRCUMSTANCES FOR SALE
OF THE F/V KENTUCKY LADY

   This is a case of admiralty and maritime jurisdiction within
the meaning of Rule 9h and supplemental Rule C of the Federal Rules
of Civil Procedure.   This Court has subject matter jurisdiction
under 46 U.S.C. § 31342 and 28 U.S.C. § 1333.

THE STATE OF TEXAS   )

COUNTY OF CAMERON     )

   Dennis Sanchez, being first duly sworn, on oath says:

   1)   that he is the attorney for Plaintiff herein;

   2)   that the F/V KENTUCKY LADY, Official No.587969 is now in
        Port Isabel, Texas in the custody of the Substitute
        Custodian for the United States Marshal and subject to
        increasing expenses for keepers fees and other expenses;
        that the vessel is likely to deteriorate in value by
        reason of being detained in custody; that there is a
        probable market for such vessel, and if the sale of said
        vessel is delayed and is further detained in custody
        pending the outcome of this suit, all parties concerned

EXHIBIT A

will be injured and damaged by additional expenses for the care and protection of said vessel;

3) that the Defendant's time to answer and appear under the rules and order of this Court has expired and no answer has been filed or served, and no other claims have been filed or served by any intervening parties or lien claimants;

4) that, in his opinion, the interest of all parties concerned will be promoted by speedy judicial sale of said vessel, her engines, machinery, masts, anchors, nets, cables, rigging, tackle, apparel, furniture and all fishing appurtenances thereunto appertaining and belonging to, and all additions, improvements and replacements, the proceeds of such sale to be brought into the Court for the benefit of whom it may concern, subject to further order of this Court.

FURTHER AFFIANT SAITH NOT.

_____
Dennis Sanchez

SWORN TO AND SUBSCRIBED BEFORE ME by the said Dennis Sanchez to certify which witness my hand and seal of office this _20_ day of August, 2002.

_____
Notary Public, State of Texas

My Commission Expires:



CHRISTINA LOGAN
Notary Public, State of Texas
My Commission Expires
June 14, 2005

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (Rev. 6-93) | | GE    RAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. | 2 | OFFICIAL NO. 587969 | |
|---|---|---|---|---|---|

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| CL | - | 03 24 99 | $1,000.00 | 99~35 | 168 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 03 29 99 | 12 00 PM | - - - |

**GRANTOR**

NA

**GRANTEE**

CLAIMANT:  COASTAL BEND MARINE TOWING & SALVAGE, PO BOX 301, PORT O'CONNOR TX  77982

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| CL | - | 6 18 01 | $28,719.10 | 01-61 | 334 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 6 19 01 | 11 55 AM | - - - |

**GRANTOR**

NA

**GRANTEE**

CLAIMANT:  MARINE SALVAGE & SERVICES, INC.
          PO BOX 416
          PORT ISABEL TX 78578

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| AGPM | 100 | 08 30 01 | - | 01-114 | 9 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 10 09 01 | 1 00 PM | - - - |

**GRANTOR**

REFERS TO BK.2-26, PAGE 143
U.S. SMALL BUSINESS ADMINSTRATION

**GRANTEE**

LPP MORTGAGE LTD. F/K/A LOAN APRTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP
C/O BEAL BANK, SSB

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|

**GRANTOR**

**GRANTEE**

☑ ISSUED AS AN ABSTRACT OF TITLE        ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE: 3-20-02    TIME: 8 Am

PAGE: 3  OF 3    PORT: NVDC

_Carl Morm_

DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED

EXHIBIT B

DEPARTMENT OF
TRANSPORTATION
U.S. COAST GUARD
CG-1332A (REV. 9-92)

# GENERAL INDEX OR ABSTRACT OF TITLE
## CONTINUATION SHEET NO. ___1___

OFFICIAL NO.
5 8 7 9 6 9

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| PM | 100% | 29MAR94 | $11,400.00 | B-94/4 | I-203 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| HOUSTON, TX | 05APR94 | 7:39AM | - - - |

**GRANTOR**

KENTUCKY LADY, INC.

**GRANTEE**

SMALL BUSINESS ADMINISTRATION

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| PM | 100% | 29MAR94 | $7,500.00 | B-94/4 | I-204 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| HOUSTON, TX | 05APR94 | 7:39AM | - - - |

**GRANTOR**

KENTUCKY LADY, INC.

**GRANTEE**

SMALL BUSINESS ADMINISTRATION

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| PM | 100% | 29MAR94 | $2,400.00 | B-94/4 | I-205 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| HOUSTON, TX | 05APR94 | 7:40AM | - - - |

**GRANTOR**

KENTUCKY LADY, INC.

**GRANTEE**

SMALL BUSINESS ADMINISTRATION

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| SMTG | 100 | 29 SEPT 95 | $20,868.00 | 96-19 | 293 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 3 OCT 95 | 7:48 A.M. | N/A |

**GRANTOR**

UNITED STATES OF AMERICA

**GRANTEE**

KENTUCKY LADY, INC.

☐ ISSUED AS AN ABSTRACT OF TITLE     ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE: _____     TIME: _____

PORT: _____     PAGE ___ OF ___     _____
DOCUMENTATION OFFICER

PREVIOUS EDITION OBSOLETE          *U.S. Government Printing Office: 1992 — 312-673/62947          SN 7530-01-GF3-2260

DEPARTMENT OF
TRANSPORTATION
U. S. COAST GUARD
CG-1332 (Rev. 8-67)

# GENERAL INDEX OR ABSTRACT OF TITLE

*BL*

587969
(Official number)

Oil Screw
(Rig)

(4) _____
(3) _____
(2) _____
(1) __KENTUCKY LADY__
(Former home port)        (Name of vessel)

This vessel was built at ___St. Augustine, Florida___ in __1977__ of __Wood__

by ____DESCO MARINE____ for __KENTUCKY LADY, INC.__

as appears by __Certificate of Thomas J. Collins, Jr., Master Carpenter for Desco Marine,__ the builder

| GRANTOR | GRANTEE | Kind of instrument and part conveyed | Date of instrument and date of maturity | Consideration or amount and discharge amount | Received for record | Recorded | Time of endorsement and entry or approval of home port | Port where endorsed |
|---|---|---|---|---|---|---|---|---|
| KENTUCKY LADY, INC. | First National Bank at Brownsville, Brownsville, Texas | First PFD Mtge | 11/30/77 | $141,713.65 | 12/1/77-9:30 AM | B-2-23 Inst. 80 | 12/1/77-9:40 AM | Brownsville |
| | | Thetwhole | 3/1/78 | $141,713.65 | | | 12/1/77-9:50 AM | |
| First National Bank at Brownsville, Texas | KENTUCKY LADY, INC. | Sat of Mtge | 3/8/78 | $141,713.65 | 3/8/78-11:20 AM | B-2-23 Inst. 158 | 3/8/78-11:21 AM | Brownsville |
| | | All | | | | | 3/8/78-12:54 PM | |
| KENTUCKY LADY, INC. *84213884 O-EN* | The UNITED STATES OF AMERICA by & thru the Secretary of Commerce | First Pfd Mtge *#1* | 3/8/78 | $141,713.00 | 3/8/78-11:30 AM | B-2-23 Inst. 159 | 3/8/78-11:30 AM | Brownsville |
| | | the whole | 3/7/88 | $141,713.00 | | | 3/8/78-1:15 PM | |
| *84213886* KENTUCKY LADY, INC. *O-EN* | SMALL BUSINESS ADMINISTRATION *# 2* | Pref. Mtg. | 7/15/80 | $55,000.00 | 7/17/80-8:24 AM | B-2-26 Inst. 143 | 7/17/80-8:27 AM | Brownsville |
| | | All | 7/15/95 | $55,000.00 | | | 7/17/80-8:33 AM | |
| *84213890* KENTUCKY LADY, INC. *O-EN* | SMALL BUSINESS ADMINISTRATION *#3* | Pref. Mtg. | 7/15/80 | $28,000.00 | 7/17/80-8:50 AM *8:45* | B-2-26 Inst. 144 | 7/17/80-8:45 AM | Brownsville |
| | | All | 7/15/90 | $28,000.00 | | | 7/17/80-8:50 AM | |
| KENTUCKY LADY, INC. *same 2-26 (144) 84213890 #3-1* | SMALL BUSINESS ADMINISTRATION | Mod of P/M | 11/25/80 | $28,000.00 | 12/1/80-10:30 AM | B-2-27 Inst. 170 | 12/1/80-10:30 AM | Brownsville |
| | | | 1/1/90 | $28,000.00 | | | 12/1/80-11:15 AM | Brownsville |
| KENTUCKY LADY, INC. *same 2-26 (143) 84213886 #2-1* | SMALL BUSINESS ADMINISRATION | Mod of P/M | 11/25/80 | $55,000.00 | 12/1/80-11:00 AM | B-2-27 Inst 171 | 12/1/80-11:00 AM | Brownsville |
| | | | 1/1/95 | $55,000.00 | | | 12/1/80-11:17 AM | Brownsville |
| Kentucky Lady, Inc. | United States of America | P/M | 8/28/85 | $20,868 | 9/24/85 9:30AM | PM 125 I-33 | 9/24/85 9:31AM | |
| | | 100% | 8/27/90 | | | | 9/24/85 9:33AM | |
| United States of America | Kentucky Lady, Inc. | Satis. P/M | 4/8/88 | $141,713 | 4/18/88 3:42PM | PM 169 I-58A | | |
| | | 100% | | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARINE SALVAGE & SERVICES, INC., §
             Plaintiff    §
                         §
VS.                      §   C.A. B-02-042
                         §
F/V KENTUCKY LADY, Official   §
No. 587969, her engines,     §
tackle, apparel, etc., in rem, §
             Defendant    §

AFFIDAVIT OF CIRCUMSTANCES FOR SALE
OF THE F/V KENTUCKY LADY

      This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9h and supplemental Rule C of the Federal Rules of Civil Procedure.  This Court has subject matter jurisdiction under 46 U.S.C. § 31342 and 28 U.S.C. § 1333.

THE STATE OF TEXAS  )

COUNTY OF CAMERON   )

      Dennis Sanchez, being first duly sworn, on oath says:

   1)    that he is the attorney for Plaintiff herein;

   2)    that the F/V KENTUCKY LADY, Official No.587969 is now in Port Isabel, Texas in the custody of the Substitute Custodian for the United States Marshal and subject to increasing expenses for keepers fees and other expenses; that the vessel is likely to deteriorate in value by reason of being detained in custody; that there is a probable market for such vessel, and if the sale of said vessel is delayed and is further detained in custody pending the outcome of this suit, all parties concerned

will be injured and damaged by additional expenses for the care and protection of said vessel;

3) that the Defendant's time to answer and appear under the rules and order of this Court has expired and no answer has been filed or served, and no other claims have been filed or served by any intervening parties or lien claimants;

4) that, in his opinion, the interest of all parties concerned will be promoted by speedy judicial sale of said vessel, her engines, machinery, masts, anchors, nets, cables, rigging, tackle, apparel, furniture and all fishing appurtenances thereunto appertaining and belonging to, and all additions, improvements and replacements, the proceeds of such sale to be brought into the Court for the benefit of whom it may concern, subject to further order of this Court.

FURTHER AFFIANT SAITH NOT.



Dennis Sanchez

SWORN TO AND SUBSCRIBED BEFORE ME by the said Dennis Sanchez to certify which witness my hand and seal of office this _20_ day of August, 2002.

_____
Notary Public, State of Texas

My Commission Expires:

CHRISTINA LOGAN
Notary Public, State of Texas
My Commission Expires
June 14, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARINE SALVAGE & SERVICES, INC.,§
     Plaintiff  §
          §
VS.         § C.A. B-02-042
          §
F/V KENTUCKY LADY, Official §
No. 587969, her engines,  §
tackle, apparel, etc., in rem, §
     Defendant  §

PROOF OF SERVICE

TO THE HONORABLE JUDGE OF SAID COURT:

  Attached hereto is Proof of Service upon all lien claimants of record, as follows:

  EXHIBIT A, letter from Dennis Sanchez, of Sanchez, Whittington, Janis & Zabarte, LLP, attorneys for the Plaintiff, dated June 26, 2002, addressed to all lienholders of record.

  EXHIBIT B, PS Form 3811, Return Receipts, signed and dated by the various lienholders of record, their agents or employees.

  EXHIBIT C, a copy of the Monition and Notice by Publication which were published in The Brownsville Herald on June 19, 2002, June 26, 2002, July 3, 2002, and July 10, 2002. The Publishers Affidavits have been previously submitted to this Court.

       Respectfully submitted,

       By: _Dennis Sanchez_
       Dennis Sanchez

       SANCHEZ, WHITTINGTON, JANIS
       & ZABARTE, LLP
       100 N. Expressway 83
       Brownsville, TX 78521

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument has been forwarded by U.S. Certified Mail, Return Receipt Requested, with postage fully prepaid, to Mr. Pete Torres, United States Small Business Administration, 222 East Van Buren, Harlingen, Texas: LPP MORTGAGE LTD., C/O Beal Bank, SSB., 6000 Legacy, Suite 300, Plano, Texas 75024; and COASTAL BEND MARINE TOWING & SALVAGE, P.O. Box 301, Port O'Conner, Texas 77982, on this _20th_ day of August, 2002.

_____
Dennis Sanchez

SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)
——
DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C
C. FRANK WOOD, P.C

TEL. (956) 546-3731
FAX (956) 546-3765

June 26, 2002

**CERTIFIED MAIL-RETURN RECEIPT
REQUESTED**

SMALL BUSINESS ADMINISTRATION
222 East Van Buren
Harlingen, TX 78550

Attn:   Mr. Pete Torres

RE:    Civil Action No. B-02-042;  In the United States District Court
       Southern District of Texas -  Brownsville Division
       Marine Salvage & Services, Inc. v.  F/V KENTUCKY LADY, Official No. 587969,
       her engines, tackle, apparel, etc., *in rem*

Dear Lien Claimant:

Please be advised that an *in rem* action has been commenced by Marine Salvage &
Services, Inc. against the fishing vessel KENTUCKY LADY, Official No. 587969.  A copy of
the Original Complaint which has been filed in this action accompanies this letter.

Also enclosed is an Order of Notice which was entered by the Court on March 8, 2002.
Pursuant to the Order of Notice, all persons claiming a lien against the vessel must file an answer
and claim to the vessel.  This notice of the commencement of the suit is mailed to you in order to
provide you with a notice of the filing of the above-referenced action and the arrest of the
F/V KENTUCKY LADY.

You have filed Preferred Mortgages in the records of the U.S. Coast Guard.  You must
make your claim within twenty (20) days from service of this Order upon you by U.S. Certified
Mail.

Very truly yours,

Dennis Sanchez

DS/jm
Enclosures

EXHIBIT A

## SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.

### ATTORNEYS AT LAW
### 100 NORTH EXPRESSWAY 83
### BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)
—
DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C.

TEL. (956) 546-3731
FAX (956) 546-3765

June 26, 2002

**CERTIFIED MAIL-RETURN RECEIPT
REQUESTED**

LPP MORTGAGE LTD.
C/O Beal Bank, SSB
6000 Legacy, Suite 300
Plano, TX 75024

RE:    Civil Action No. B-02-042;  In the United States District Court
       Southern District of Texas -  Brownsville Division
       Marine Salvage & Services, Inc. v.  F/V KENTUCKY LADY, Official No. 587969,
       her engines, tackle, apparel, etc., *in rem*

Dear Lien Claimant:

Please be advised that an *in rem* action has been commenced by Marine Salvage &
Services, Inc. against the fishing vessel KENTUCKY LADY, Official No. 587969.  A copy of
the Original Complaint which has been filed in this action accompanies this letter.

Also enclosed is an Order of Notice which was entered by the Court on March 8, 2002.
Pursuant to the Order of Notice, all persons claiming a lien against the vessel must file an answer
and claim to the vessel.  This notice of the commencement of the suit is mailed to you in order to
provide you with a notice of the filing of the above-referenced action and the arrest of the
F/V KENTUCKY LADY.

You have filed an Assignment of a First Preferred Mortgage in the records of the U.S.
Coast Guard.  You must make your claim within twenty (20) days from service of this Order
upon you by U.S. Certified Mail.

Very truly yours,

Dennis Sanchez

DS/jm
Enclosures

EXHIBIT A

## SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.

ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)
———
DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C.

TEL. (956) 546-3731
FAX (956) 546-3765

June 26, 2002

**CERTIFIED MAIL-RETURN RECEIPT**
**REQUESTED**

COASTAL BEND MARINE TOWING & SALVAGE
P.O. Box 301
Port O'Connor, TX 77982

RE:    Civil Action No. B-02-042;  In the United States District Court
       Southern District of Texas -  Brownsville Division
       Marine Salvage & Services, Inc. v.  F/V KENTUCKY LADY, Official No.  587969,
       her engines, tackle, apparel, etc., *in rem*

Dear Lien Claimant:

        Please be advised that an *in rem* action has been commenced by Marine Salvage &
Services, Inc. against the fishing vessel KENTUCKY LADY, Official No.  587969.  A copy of
the Original Complaint which has been filed in this action accompanies this letter.

        Also enclosed is an Order of Notice which was entered by the Court on March 8, 2002.
Pursuant to the Order of Notice, all persons claiming a lien against the vessel must file an answer
and claim to the vessel.  This notice of the commencement of the suit is mailed to you in order to
provide you with a notice of the filing of the above-referenced action and the arrest of the
F/V KENTUCKY LADY.

        You have filed a Notice of Maritime Lien Claim in the records of the U.S. Coast Guard.
You must make your claim within twenty (20) days from service of this Order upon you by U.S.
Certified Mail.

                                    Very truly yours,

                                    Dennis Sanchez

DS/jm
Enclosures

EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LPP MORTGAGE LTD.
c/o Beal Bank, SSB
6000 Legacy, Suite 300
Plano, TX  75024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
7/1/02

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7099  3220  0000  1367  7875
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Small Business Administration
222 East Van Buren
Harlingen, TX  78550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Veronica Padilla
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
6-27-02

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7099  3220  0000  1367  7899
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Coastal Bend Marine
   Towing & Salvage
P.O. Box 301
Port O'Connor, TX  77982

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Crystal Mapp
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
CRYSTAL MAPP

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7099  3220  0000  1367  7882
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

EXHIBIT B

**MONITION AND NOTICE BY PUBLICATION**

NOTICE is hereby given that on March 6, 2002, MARINE SALVAGE & SERVICES, INC. filed a complaint in rem against the Fishing Vessel KENTUCKY LADY, Official Number 587969, in the United States District Court for the Southern District of Texas, Brownsville Division, in Civil Action B-02-042, entitled *"Marine Salvage & Services, Inc. v. F/V KENTUCKY LADY, Official No. 587969, her engine, tackle, apparel, etc., in rem,"* to foreclose a salvage lien against said vessel, as more specifically set out in said complaint, together with costs of suit and reasonable attorney fees, and praying for process of warrant for the arrest and attachment of said vessel and other property, and that all persons interested in the said vessel and other property and that all persons interested in the said Vessel and other property may be cited in general and special to answer the premises, and all proceedings being had, that the said Vessel and other property may for the causes in the said Complaint mentioned be condemned and sold to pay the demands of the Plaintiff.

To all persons, including adverse claimants, owning or having or claiming any legal or equitable interest in or lien on said vessel are notified to appear and answer according to law on or before 10:00 a.m., ten (10) days after the execution of this process, or within such additional time as may be allowed by the Court, or forever be defaulted, or knowing having anything to say why the same should not be condemned and sold pursuant to the prayer of said complaint and must serve their answers within twenty (20) days after the filing of their claims upon Plaintiff counsel, Denn, Sanchez, Sanchez, Whittington, Janis & Zabarte, LLP, 1 North Expressway 83, Brownsville, Texas 78521.
6/19/2002

PUBLISHER'S AFFIDAVIT

**STATE OF TEXAS**
**COUNTY OF CAMERON**

_____Ricardo Acosta_____, being duly sworn the bookkeeper of the Brownsville Herald and that the a

_Monition And Notice By Publication_

appeared in the following issues _____June 19, 2002_____

#4881_____

Subscribed and sworn before me this_____19th_____ day of _____June_____ A.D. 2002

OLGA SALDIVAR
Notary Public
STATE OF TEXAS
My Comm. Exp. 3-7-23

NOTARY PUBLIC, Cameron County

EXHIBIT C

**MONITION AND NOTICE BY PUBLICATION**

NOTICE is hereby given that on March 6, 2002, MARINE SALVAGE & SERVICES, INC. filed a complaint in re against the Fishing Vessel KENTUCKY LADY, Offic Number 587969, in the United States District Court for i Southern District of Texas, Brownsville Division, in C Action B-02-042, entitled *"Marine Salvage & Services, i v. F/V KENTUCKY LADY, Official No. 587969, her engin tackle, apparel, etc., in rem."* to foreclose a salvage i against said vessel, as more specifically set out in sa complaint, together with costs of suit and reasonable a ney fees, and praying for process of warrant for the ar e and attachment of said vessel and other property, and h all persons interested in the said vessel and other prope t and that all persons interested in the said Vessel and oth property may be cited in general and special to answer th premises; and all proceedings being had, that the s Vessel and other property for the causes in the sam Complaint mentioned be condemned and sold to pay th demands of the Plaintiff.

To all persons, including adverse claimants, owning or hav ing or claiming any legal or equitable interest in or lien o said vessel are notified to appear and answer according t law on or before 10:00 a.m., ten (10) days after the exec tion of this process, or within such additional time as may b allowed by the Court, or forever be defaulted, or knowing having anything to say why the same should not be cor demned and sold pursuant to the prayer of said complain and must serve their answers within twenty (20) days a t the filing of their claims upon Plaintiff counsel, Denni Sanchez, Sanchez, Whittington, Janis & Zabarte, LLP, 10 North Expressway 83, Brownsville, Texas 78521.

6/19/2002

**PUBLISHER'S AFFIDA**

**STATE OF TEXAS**
**COUNTY OF CAMERON**

_____Ricardo Acosta_____, being duly s

the bookkeeper of the Brownsville Herald and that the a

__Monition And Notice By Publication__

appeared in the following issues _____June 26, 200

__#4881_____



Subscribed and sworn before me this____27th___ day of _____June_____
A.D. 2002

OLGA SALDIVAR
Notary Public
STATE OF TEXAS
My Comm. Exp 3-7-03

NOTARY PUBLIC, Cameron County

EXHIBIT C

**MONITION AND NOTICE BY PUBLICATION**

NOTICE is hereby given that on March 6, 2002, MARINE SALVAGE & SERVICES, INC. filed a complaint in rem against the Fishing Vessel KENTUCKY LADY, Official Number 587969, in the United States District Court for the Southern District of Texas, Brownsville Division, in Civil Action B-02-042, entitled *"Marine Salvage & Services, Inc. v. F/V KENTUCKY LADY, Official No. 587969, her engine, tackle, apparel, etc., in rem."* to foreclose a salvage lien against said vessel, as more specifically set out in the complaint, together with costs of suit and reasonable attorney fees, and praying for process of warrant for the arrest and attachment of said vessel and other property, and that all persons interested in the said vessel and other property and that all persons interested in the said Vessel and other property may be cited in general and special to answer in premises; and all proceedings being had, that the said Vessel and other property may for the causes in the said Complaint mentioned be condemned and sold to pay the demands of the Plaintiff.

To all persons, including adverse claimants, owning or having or claiming any legal or equitable interest in or lien on said vessel are notified to appear and answer according to law on or before 10:00 a.m., ten (10) days after the execution of this process, or within such additional time as may be allowed by the Court, or forever be defaulted, or knowing having anything to say why the same should not be condemned and sold pursuant to the prayer of said complaint and must serve their answers within twenty (20) days after the filing of their claims upon Plaintiff counsel, Dennis Sanchez, Sanchez, Whittington, Janis & Zabarte, LLP, 100 North Expressway 83, Brownsville, Texas 78521.

**PUBLISHER'S AFFIDAVIT**

**STATE OF TEXAS**
**COUNTY OF CAMERON**

_____Ricardo Acosta_____, being duly sworn, the bookkeeper of the Brownsville Herald and that the

_Monition And Notice By Publication_

appeared in the following issues _____July 3, 2002_____

#4881

Subscribed and sworn before me this____10th____ day of ____July____ A.D. 2002

OLGA SALDIVAR
Notary Public
STATE OF TEXAS
My Comm. Exp. 3-7-03

NOTARY PUBLIC, Cameron County

EXHIBIT C

PUBLISHER'S AFFIDA

**STATE OF TEXAS**
**COUNTY OF CAMERON**

_____Ricardo Acosta_____, being duly sw
the bookkeeper of the Brownsville Herald and that the a

Monition And Notice By Publication _____

appeared in the following issues _____ July 10, 2002

#4881_____

**MONITION AND NOTICE BY PUBLICATION**

NOTICE is hereby given that on March 6, 2002, MARIN
SALVAGE & SERVICES, INC. filed a complaint in re
against the Fishing Vessel KENTUCKY LADY, Offi
Number 587969, in the United States District Court for :t
Southern District of Texas, Brownsville Division, in C:
Action B-02-042, entitled *"Marine Salvage & Services, Ir
v. F/V KENTUCKY LADY, Official No. 587969, her engine
tackle, apparel, etc., in rem."* to foreclose a salvage :ie
against said vessel, as more specifically set out in :ia
complaint, together with costs of suit and reasonable atto
ney fees, and praying for process of warrant for the ar e
and attachment of said vessel and other property, and :h
all persons interested in the said vessel and other propert
and that all persons interested in the said Vessel and o.h.
property may be cited in general and special to answer tr
premises; and all proceedings being had, that the :a
Vessel and other property may for the causes in the sam
Complaint mentioned be condemned and sold to pay th
demands of the Plaintiff.

To all persons, including adverse claimants, owning or ha
ing or claiming any legal or equitable interest in or lien (
said vessel are notified to appear and answer according
law on or before 10:00 a.m., ten (10) days after the exec
tion of this process, or within such additional time as ma;
allowed by the Court, or forever be defaulted, or knowing
having anything to say why the same should not be cc
demned and sold pursuant to the prayer of said complai
and must serve their answers within twenty (20) days af
the filing of their claims upon Plaintiff counsel, Den:
Sanchez, Sanchez, Whittington, Janis & Zabarte, LLP, 1
North Expressway 83, Brownsville, Texas 78521.
7/3/2002

Subscribed and sworn before me this____ 12th ___ day of _____ July _____
A.D. 2002

OLGA SALDIVAR
Notary Public
STATE OF TEXAS
My Comm. Exp 3.7.03

NOTARY PUBLIC, Cameron County

EXHIBIT C