IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

MARINE SALVAGE & SERVICES, INC., §
   Plaintiff    §
         §
VS.          §  C.A. B-02-042
         §
F/V KENTUCKY LADY, Official  §
No. 587969, her engines,   §
tackle, apparel, etc., in rem, §
   Defendant    §

## ORDER GRANTING MOTION FOR INTERLOCUTORY SALE
## OF DEFENDANT F/V KENTUCKY LADY

ON THIS DAY, came on for hearing the Motion by Plaintiff, MARINE SALVAGE & SERVICES, INC., for the Interlocutory Sale of the Defendant Vessel KENTUCKY LADY, and good reason being shown therefor, it is now

ORDERED:

1)  that default is ordered against all persons who have not appeared and filed claims or intervention against the Defendant Vessel, F/V KENTUCKY LADY, Official No. 587969.

2)  that the Defendant Vessel and all necessaries appertaining or belonging to the Vessel shall be sold at a public auction within approximately one month of the date of this Order by the United States Marshal, free and clear of any claims, liens, or encumbrances. This sale shall be conducted pursuant to the provisions of the Supplemental Admiralty Rules for the United States

District Court for the Southern District of Texas and the Federal Rules of Procedure;

3) Notice of the public auction shall be provided as required by the Supplemental Admiralty Rules for the United States District Court for the Southern District of Texas;

4) All charges and expenses incurred by the Marshal in providing notice for and conducting the sale shall be deducted from the sale proceeds;

5) During reasonable business hours, prospective purchasers may make arrangements with the Substitute Custodian of the Vessel to board and inspect it at their own risk;

6) Sale of the Vessel shall be conducted in the following manner:

   a) sale shall be to the highest bidder;

   b) the highest bidder shall be required to delivery ten percent (10%) of the bid in cash, certified check, or wire transfer to the Clerk of the Court at the time of the sale, and the balance of the bid shall be paid within three (3) business days; and

   c) all bidders must register with the Marshal before the sale.

7) Plaintiff, MARINE SALVAGE & SERVICES, INC. is hereby authorized, at its option, but is not required to bid, up to the amount of its unpaid salvage lien ($~~28,719.10~~ $25,000) [ISH] without making payment to the Court.

8) All custodian and administrative expenses incurred by or on behalf of the Marshal, including expenses and fees of the Substitute Custodian, shall be reimbursed out of the proceeds of the sale, subject to Court determination of their reasonableness and necessity; and

9) the Court will enter an Order confirming the sale of the Vessel unless purchaser is in default or timely objection is made pursuant to the Supplemental Admiralty Rules for the United States District Court for the Southern District of Texas. Prior to filing an objection, the objecting party shall deposit a sum with the Marshal which will pay all custodial legis expenses of keeping the Vessel or vessels for at least seven (7) days, subject to additional advances as necessary.

DONE at Brownsville, Texas this 23'd day of August, 2002.

_____
United States ~~Magistrate~~ District Judge