IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARINE SALVAGE & SERVICES, INC., § | |
| Plaintiff § | |
| § | |
| VS. § | C.A. B-02-042 |
| § | |
| F/V KENTUCKY LADY, Official § | |
| No. 587969, her engines, § | |
| tackle, apparel, etc., in rem, § | |
| Defendant § | |

### NOTICE OF MARSHAL'S SALE

PLEASE TAKE NOTICE that the vessel KENTUCKY LADY (the "Vessel,") is offered for sale:

VESSEL TO BE SOLD "AS IS, WHERE IS"
FREE AND CLEAR OF ALL CLAIMS, LIENS, MARITIME LIENS
AND ENCUMBRANCES OF ANY KIND

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Authorizing Interlocutory Sale of the vessel dated August 23, 2002 in the above captioned case presently pending in the U.S. District Court, Southern District of Texas, you are hereby notified that on September 20, 2002 at 10:00 A.M., at public auction to be held in Room 1032 of the United States Courthouse, 600 East Harrison Street, Brownsville, Cameron County, Texas 78520, in accordance with this Notice, the United States Marshal for the above District (or one of his or her deputies) will sell the Vessel known as The Oil Screw KENTUCKY LADY, her engines, tackle, apparel, furniture, etc., to the highest bidder, who must be a citizen of the United States of America within the meaning of Section 2 of the Shipping Act, 1916. All bidders must register with the Marshal before the sale.

PLEASE TAKE FURTHER NOTICE that the Vessel presently lies afloat at or near Port Isabel, Cameron County, Texas, and those interested in inspecting the vessel can do so by making arrangements with the Substitute Custodian, MARINE SALVAGE AND SERVICES, INC. (William E. Kenon, Jr.) Telephone: 956/943-2648, or the United States Marshal (as appropriate). Persons wishing to inspect the Vessel do so **at their own risk.** Interested persons are referred to the above mentioned Order Granting Interlocutory Sale of Defendant Vessel KENTUCKY LADY for further information concerning the Vessel.

NOTICE OF MARSHAL'S SALE - PAGE 1

The successful highest bidder for such Vessel shall deposit with the Clerk of the Court at the close of said sale an amount not less than ten (10%) percent of the purchase price of the vessel, in the form of cash, cashier's check or wire transfer in immediately available funds, with the payment of the balance of the purchase price of the vessel to be paid within three (3) business days of the date of the sale or within such further time as may be allowed by the Court. In the event of a default by the bidder in consummating the purchase, the deposit will be forfeited and placed in the registry of the Court pending further orders of the Court.

The sale shall be confirmed by the Court if no written objections have been filed with said Court within a period of three (3) days following sale of the Vessel. Any such objections must be made in writing and filed within the time stated above, and, if filed, a hearing shall be held before the Court not later than ten (10) days after the date of sale, Saturdays, Sundays, and legal holidays excepted. Any objecting party shall serve copies of written objections to all known and interested parties prior to the hearing, said parties to include the Marshal and the purchaser, by contacting the individuals at the addresses or telephone numbers set forth below. The objecting party shall deposit a sum with the Marshal which will pay all *custodia legis* expenses of keeping the vessel or vessels for at least seven (7) days, subject to additional advances as necessary.

All prospective purchasers are advised that only valid bids may be made, and that anyone bidding without the ability to meet the requirements of the Order for Sale or any applicable statute, or who disrupts the sale, will be considered in violation of an order of the court and will be subject to appropriate sanctions, including but not limited to the costs of the sale, any resale and any additional *custodia legis* and administrative expenses incurred as a result of said actions.

As noted herein, the purchaser of the vessel shall be a United States citizen as defined by the laws of the United States Of America, or if not, shall within such time as may be allowed by the Court attain the consent of the relevant federal authorities to the sale of the vessel, and the purchaser shall bear all expenses of insurance for, or care and custody of the vessel during the time required to obtain such consent; if the purchaser is not a United States citizen and fails to obtain the consent of the United States Government within the time allowed by the Court, the deposit shall be forfeited and placed in the registry of the Court pending further orders of the Court.

DATED this _____ day of September, 2002 at Brownsville, Texas.

                                        UNITED STATES MARSHAL FOR THE
                                        SOUTHERN DISTRICT OF TEXAS

BY: _____Michael N. Milby, Clerk_____, Deputy

NOTICE OF MARSHAL'S SALE - PAGE 2