**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Marine Salvage & Services, inc | B-02-042 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| F/V Kentucky Lady, official No. 587969, her engines, etc. | Sale of Vessel |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Master, other ranking officers or caretakers

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dennis Sanchez
SANCHEZ, WHITTINGTON, JANIS & ZARATE, LLP
100 North Expressway 83
Brownsville, Texas 78520

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | United States District Court Southern District of Texas FILED |
| Check for service on U.S.A. | SEP 25 2002 Michael N. Milby Clerk of Court |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SALE DATE: September 20, 2002

Signature of Attorney or other Originator requesting service on behalf of:
(s) On File (Dennis Sanchez)
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (956) 546-3731
DATE: 9-20-02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 9-20-02 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) William Kenon | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) PO Box 416 Port Isabel, Texas 78578 | Date of Service 9-20-02   Time 10:00 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $ 90.00 | | $135.00 | |

REMARKS: Vessel "Kentucky Lady" sold to the highest bidder (William Kenon) on 9-20-02 for the amount of $5,000.

```
3% of $1,000  = $30.00
1.5% of $4,000 = $60.00
                 $90.00
```

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|