IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 16 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARINE SALVAGE & SERVICES, INC., § | | |
| Plaintiff § | | |
| § | | |
| VS. § | C.A. B-02-042 | |
| § | | |
| F/V KENTUCKY LADY, Official § | | |
| No. 587969, her engines, § | | |
| tackle, apparel, etc., in rem, § | | |
| Defendant § | | |

## UNOPPOSED MOTION FOR CONFIRMATION OF SALE
## OF DEFENDANT VESSEL KENTUCKY LADY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, MARINE SALVAGE & SERVICES, INC., through its undersigned counsel of record, and moves this court for an order to confirm the sale of the fishing vessel KENTUCKY LADY, Official No. 587969, by the United States Marshal to MARINE SALVAGE & SERVICES, INC., and would respectfully show the Court as follows:

I.

On August 23, 2002, this Court entered an order in this proceeding directing that the Defendant Vessel, KENTUCKY LADY, Official No. 587969, her engines, machinery, tackle and apparel be sold by the United States Marshal on September 20, 2002, after public notice; that such notice was given in the manner and form required by law; that the sale of said Vessel was conducted by the United States Marshal for the District, commencing at 10:00 o'clock on Friday, September 20, 2002 at the Federal Courthouse in Brownsville, Texas, at the time and place as advertised in the Notice of Sale. There were two persons in attendance at said sale.

II.

The successful bidder was MARINE SALVAGE & SERVICES, INC. which bid in the sum of FIVE THOUSAND DOLLARS ($5,000.00) without advancement of purchase monies in accordance with the provisions of the Order Granting Interlocutory Sale entered on the 23rd day of August, 2002.

WHEREFORE, Movant prays that this Motion in all things be granted; that the sale of said Vessel be approved; that the United States Marshal be authorized and directed to execute and deliver to MARINE SALVAGE & SERVICES, INC. the proper Bill of Sale for possession of said Vessel, her engines, tackle, apparel, and furniture, free and clear of all liens; that the United States Marshal be ordered to pay all costs and expenses incurred herein from the deposit which was paid to the United States Marshal at the commencement of this action, and that the balance of such deposit, if any, be refunded to the Plaintiff herein.

Respectfully submitted,

_____
Dennis Sanchez
Fed. Admission I.D. # 1594
TSB # 17569600
Attorney for Plaintiff

OF COUNSEL:

SANCHEZ, WHITTINGTON, JANIS & ZABARTE, LLP
100 North Expressway 83
Brownsville, TX 78521
Tel: (956) 546-3731
Fax: (956) 546-3765

## NOTICE OF NO CONFERENCE

There has been no appearance made by any claimant to this action, and, therefore, there is no need for a conference.

_____
Dennis Sanchez

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument has been forwarded by U.S. Certified Mail, Return Receipt Requested, with postage fully prepaid, to Mr. Pete Torres, United States Small Business Administration, 222 East Van Buren, Harlingen, Texas: LPP MORTGAGE LTD., C/O Beal Bank, SSB., 6000 Legacy, Suite 300, Plano, Texas 75024; and COASTAL BEND MARINE TOWING & SALVAGE, P.O. Box 301, Port O'Conner, Texas 77982, on this 16th day of October, 2002.

_____
Dennis Sanchez