IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARINE SALVAGE & SERVICES, INC., §<br>Plaintiff § | |
| §<br>VS. § | C.A. B-02-042 |
| §<br>F/V KENTUCKY LADY, Official §<br>No. 587969, her engines, §<br>tackle, apparel, etc., in rem, §<br>Defendant § | |

ORDER CONFIRMING SALE
OF DEFENDANT F/V KENTUCKY LADY

ON THIS DAY, came on for consideration the Motion of
Plaintiff, MARINE SALVAGE & SERVICES, INC., for confirmation of the
sale of the Defendant Vessel KENTUCKY LADY, Official No. 587969.
Said sale was effected pursuant to the Order for Interlocutory Sale
entered by this Court on August 23, 2002, and it appearing that
such sale was conducted at public auction, following publication,
and that the vessel was sold free and clear of all liens, and that
in competitive auction bidding, MARINE SALVAGE & SERVICES, INC.
was the highest bidder at a fair price of FIVE THOUSAND DOLLARS
($5,000.00), without the advancement of purchase monies.  It is
therefor,

ORDERED that the sale of said vessel which occurred on
September 20, 2002 is hereby in all things confirmed, ratified and
approved, and the U.S. Marshal is directed to immediately deliver
such vessel to the highest bidder, MARINE SALVAGE & SERVICE, INC.,
together with a Bill of Sale granting to Purchaser possession of

said Vessel, her engines, machinery, tackle, apparel and furniture, free and clear of all liens; and it is further

ORDERED that the U.S. Marshal shall pay all court costs, Marshal's costs and all other charges and expenses incurred by reason of the seizure and sale of the subject vessel from the monies on deposit herein, and pay over to Plaintiff, MARINE SALVAGE & SERVICES, INC., the balance of such deposit, if any.

DONE at Brownsville, Texas this *17th* day of October, 2002.

_____
United States Magistrate Judge